**FILED**
**FEBRUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                    Case Number:

JANE DOE, a minor

**08 C 1149**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**JUDGE BUCKLO**
**MAGISTRATE JUDGE NOLAN**

FERNANDEZ FOOD SERVICES, an Illinois corporation, LA MAGDALENA, INC., an Illinois corporation, LA MAGDALENA II, INC., an Illinois corporation, LA MAGDALENA III, INC., et al

| | |
|---|---|
| NAME (Type or print) Eugene K. Hollander | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Eugene K. Hollander | |
| FIRM The Law Offices of Eugene K. Hollander | |
| STREET ADDRESS 33 N. Dearborn Street, Suite 2300 | |
| CITY/STATE/ZIP Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06193949 | TELEPHONE NUMBER 312/425-9100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |