AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JANE DOE, a minor

V.

FERNANDEZ FOOD SERVICES, an Illinois corporation, LA MAGDALENA, INC., an Illinois corporation, LA MAGDALENA II, INC., an Illinois corporation, LA MAGDALENA III, INC., et al

CASE NUMBER: **08 C 1149**

ASSIGNED JUDGE: **JUDGE BUCKLO**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE NOLAN**

TO: (Name and address of Defendant)

FERNANDEZ FOOD SERVICES, an Illinois corporation
C/O Registered Agent,
Jose L. Fernandez
1571 Lake St.
Addison, IL 60101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mr. Eugene K. Hollander
The Law Offices of Eugene K. Hollander
33 N. Dearborn St.
Suite. 2300
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_Nadine Girley_ (signature)

(By) DEPUTY CLERK

February 27, 2008

Date

AO 440  (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE  MARCH 8, 2008 |
| NAME OF SERVER (PRINT)  EDWARD D. SONNE, JR | TITLE  PRIVATE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served: _____

G   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G   Returned unexecuted: _____

G   Other (specify): CORPORATE SERVICE ON FERNANDEZ FOOD SERVICES BY LEAVING A COPY WITH JOSE FERNANDEZ REGISTERED AGENT C/O EMMA FERNANDEZ.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  MARCH 10, 2008
   Date

Signature of Server

Edward D. Sonne, Jr. & Associates
7021 W. 153rd Street, Ste. 2
Orland Park, IL  60462
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.