AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

JANE DOE, a minor

V.

FERNANDEZ FOOD SERVICES, an Illinois corporation, LA
MAGDALENA, INC., an Illinois corporation, LA
MAGDALENA II, INC., an Illinois corporation, LA
MAGDALENA III, INC., et al

CASE NUMBER: **08 C 1149**

ASSIGNED JUDGE:  **JUDGE BUCKLO**

DESIGNATED **MAGISTRATE JUDGE NOLAN**
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

LA MAGDALENA, INC., an Illinois corporation
C/O Registered Agent,
Jose L. Fernandez
450 Elmwood
Addison, IL 60101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mr. Eugene K. Hollander
The Law Offices of Eugene K. Hollander
33 N. Dearborn St.
Suite. 2300
Chicago, IL  60602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**February 27, 2008**

Date

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me [1] | DATE MARCH 8, 2008 |
|---|---|
| NAME OF SERVER *(PRINT)*  EDWARD D. SONNE, JR | TITLE PRIVATE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

**G**  Served personally upon the defendant.  Place where served: _____

_____

**G**  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

**G**  Returned unexecuted: _____

_____

**G**  Other (specify): CORPORATE SERVICE ON LA MAGDALENA, INC BY LEAVING A COPY WITH JOSE FERNANDEZ, REGISTERED AGENT C/O EMMA FERNANDEZ AT 49 ELMWOOD AVE. ADDISON, IL 60101

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  MARCH 10, 2008
_____
Date

Signature of Server

Edward D. Sonne, Jr. & Associates
7021 W. 153rd Street, Ste. 2
Orland Park, IL  60462

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.