| a Control number 41 | Void ☐ | OMB No. 1545-0008 | | |
|---|---|---|---|---|
| b Employer identification number (EIN) 36-■■■■■■■ | | 1 Wages, tips, other compensation 1953.00 | 2 Federal income tax withheld 108.80 | |
| c Employer's name, address, and ZIP code<br>LA MAGDALENA II, INC.<br>950 ELK GROVE TOWNE CENTER<br>ELK GROVE VILLAGE   IL   60007 | | 3 Social security wages 1953.00 | 4 Social security tax withheld 121.08 | |
| | | 5 Medicare wages and tips 1953.00 | 6 Medicare tax withheld 28.32 | |
| | | 7 Social security tips | 8 Allocated tips | |
| d Employee's social security number ■■■■■■■■ | | 9 Advance EIC payment | 10 Dependent care benefits | |
| e Employee's first name and initial  Last name  Suff.  | | 11 Nonqualified plans | 12a See instructions for box 12 | |
| | | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b | |
| | | 14 Other | 12c | |
| | | | 12d | |
| f Employee's address and ZIP code | | | | |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| IL | 36-4258728 | 1953.00 | 58.59 | | | |

Form **W-2** Wage and Tax Statement    **2006**    Department of the Treasury - Internal Revenue Service
Copy D-For Employer.    For Privacy Act and Paperwork Reduction
DAA    Act Notice, see back of Copy D.



| a Control number 30 | Void ☐ | OMB No. 1545-0008 | | |
|---|---|---|---|---|
| b Employer identification number (EIN) 36- | | 1 Wages, tips, other compensation 11850.00 | 2 Federal income tax withheld 1233.23 | |
| c Employer's name, address, and ZIP code LA MAGDALENA II, INC. 950 ELK GROVE TOWNE CENTER ELK GROVE VILLAGE IL 60007 | | 3 Social security wages 11850.00 | 4 Social security tax withheld 734.70 | |
| | | 5 Medicare wages and tips 11850.00 | 6 Medicare tax withheld 171.83 | |
| | | 7 Social security tips | 8 Allocated tips | |
| d Employee's social security number | | 9 Advance EIC payment | 10 Dependent care benefits | |
| e Employee's first name and initial  Last name  Suff. FERNANDO  LOPEZ | | 11 Nonqualified plans | 12a See instructions for box 12 | |
| | | 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b | |
| | | 14 Other | 12c | |
| | | | 12d | |
| f Employee's address and ZIP code | | | | |
| 15 State  Employer's state ID number IL  36-4258728 | 16 State wages, tips, etc. 11850.00 | 17 State income tax 355.50 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement    2006    Department of the Treasury – Internal Revenue Service
Copy D–For Employer.    For Privacy Act and Paperwork Reduction
DAA    Act Notice, see back of Copy D.


DEFENDANT'S EXHIBIT D