

SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS
CONTACT

# CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | ADDISON RESTAURANT SERVICES, INC. | File Number | 53755046 |
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 02/26/1985 | State | ILLINOIS |
| Agent Name | JOSE L FERNANDEZ | Agent Change Date | 05/04/2004 |
| Agent Street Address | 1001 W LAKE ST | President Name & Address | JOSE FERNANDEZ 450 ELMWOOD RD ADDISON 60101 |
| Agent City | ADDISON | Secretary Name & Address | JOSE FERNANDEZ 450 ELMWOOD RD ADDISON 60101 |
| Agent Zip | 60101 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 01/15/2008 | For Year | 2008 |
| Assumed Name | INACTIVE - PINK PONY RESTAURANT AND LOUNGE ACTIVE - LA HACIENDA DE LOS FERNANDEZ | | |

**Return to the Search Screen**          Purchase Certificate of Good Standing

(One Certificate per Transaction)

### BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE





### SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS
### CONTACT

## CORPORATION FILE DETAIL REPORT

| Entity Name | LA MAGDALENA, INC. | File Number | 51455738 |
|---|---|---|---|
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 05/23/1978 | State | ILLINOIS |
| Agent Name | JOSE L FERNANDEZ | Agent Change Date | 08/25/1999 |
| Agent Street Address | 450 ELMWOOD | President Name & Address | JOSE L FERNANDEZ 450 ELMWOOD ADDISON 60101 |
| Agent City | ADDISON | Secretary Name & Address | EMMY FERNANDEZ SAME |
| Agent Zip | 60101 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2008 |

**Return to the Search Screen**            **Purchase Certificate of Good Standing**
                                            (One Certificate per Transaction)

### BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



http://www.ilsos.gov/corporatellc/CorporateLlcController                          3/22/2008

**CYBERDRIVEILLINOIS**

JESSE WHITE
SECRETARY OF STATE

SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS
CONTACT

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | LA MAGDALENA II, INC. | File Number | 60204071 |
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 11/09/1998 | State | ILLINOIS |
| Agent Name | JOSE L FERNANDEZ | Agent Change Date | 11/09/1998 |
| Agent Street Address | 321 N ADDISON RD | President Name & Address | JOSE L FERNANDEZ 450 ELMWOOD ADDISON 60101 |
| Agent City | ADDISON | Secretary Name & Address | EMMY FERNANDEZ SAME |
| Agent Zip | 60101 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 10/16/2007 | For Year | 2007 |

**Return to the Search Screen**            **Purchase Certificate of Good Standing**
(One Certificate per Transaction)

**BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE**



http://www.ilsos.gov/corporatellc/CorporateLlcController            3/22/2008



**SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS**
**CONTACT**

## CORPORATION FILE DETAIL REPORT

| Field | Value | Field | Value |
|---|---|---|---|
| Entity Name | LA MAGDALENA III, INC. | File Number | 61714073 |
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 07/13/2001 | State | ILLINOIS |
| Agent Name | JOSE FERNANDEZ | Agent Change Date | 02/23/2004 |
| Agent Street Address | 1571 W LAKE ST | President Name & Address | JOSE FERNANDEZ 1571 W LAKE ST ADDISON 60101 |
| Agent City | ADDISON | Secretary Name & Address | JOSE FERNANDEZ 1571 W LAKE ST ADDISON 60101 |
| Agent Zip | 60101 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 06/22/2007 | For Year | 2007 |

**Return to the Search Screen**     Purchase Certificate of Good Standing
(One Certificate per Transaction)

**BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE**





**SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS**
**CONTACT**

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | FERNANDEZ FOOD SERVICES, INC. | File Number | 64470752 |
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 09/22/2005 | State | ILLINOIS |
| Agent Name | JOSE L FERNANDEZ | Agent Change Date | 09/22/2005 |
| Agent Street Address | 1571 LAKE ST | President Name & Address | JOSE L FERNANDEZ 450 ELMWOOD RD ADDISON 60101 |
| Agent City | ADDISON | Secretary Name & Address | SAME |
| Agent Zip | 60101 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 08/06/2007 | For Year | 2007 |

**Return to the Search Screen**          Purchase Certificate of Good Standing

(One Certificate per Transaction)

**BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE**





### SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS
### CONTACT

## CORPORATION FILE DETAIL REPORT

| Entity Name | BESA MI TACO, INC. | File Number | 63244147 |
|---|---|---|---|
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 12/04/2003 | State | ILLINOIS |
| Agent Name | JOSE FERNANDEZ | Agent Change Date | 12/04/2003 |
| Agent Street Address | 1571 W LAKE ST | President Name & Address | JOSE FERNANDEZ 450 ELMWOOD ADDISON 60101 |
| Agent City | ADDISON | Secretary Name & Address | SAME |
| Agent Zip | 60101 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 11/05/2007 | For Year | 2007 |

**Return to the Search Screen**          **Purchase Certificate of Good Standing**
                                          (One Certificate per Transaction)

### BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



http://www.ilsos.gov/corporatellc/CorporateLlcController                3/22/2008

630-462-1200

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JANE DOE, a Minor, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 08 C 1149 |
| ) | |
| FERNANDEZ FOOD SERVICES, INC., an ) | Judge: Elaine Bucklo |
| Illinois corporation; LA MAGDALENA, INC. an ) | |
| Illinois corporation; LA MAGDALENA II, INC. an ) | Magistrate Judge: Nan Nolan |
| Illinois corporation; LA MAGDALENA III, INC. ) | |
| an Illinois corporation; ADDISON RESTAURANT ) | |
| SERVICES, INC., an Illinois corporation d/b/a ) | |
| LA HACIENDA DE LOS HERNANDEZ; BESA ) | |
| MI TACO, INC., an Illinois Corporation, ) | |
| ) | |
| Defendants. ) | |

## DISCLOSURE STATEMENT

As required by Local Rule 3.2 of this Court, Defendant, ADDISON RESTAURANT SERVICE, INC. d/b/a LA HACIENDA DE LOS HERNANDEZ, provides the following information to the Court:

    1. Defendant, ADDISON RESTAURANT SERVICE, INC. d/b/a LA HACIENDA DE LOS HERNANDEZ is a corporation.

    2. ADDISON RESTAURANT SERVICE, INC. d/b/a LA HACIENDA DE LOS HERNANDEZ:

        a. does not have a parent corporation; and

        b. does not have any corporate shareholders.

Respectfully submitted,

/s/ Justin R. Gaffney<br/>One of the Attorneys for all Defendants

Glenn R. Gaffney – 6180598
Justin R. Gaffney – 6180598
Gaffney & Gaffney
1771 Bloomingdale Road
Glendale Heights, IL 60139



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, a Minor, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 08 C 1149 |
| ) | |
| FERNANDEZ FOOD SERVICES, INC., an ) | Judge: Elaine Bucklo |
| Illinois corporation; LA MAGDALENA, INC. an ) | |
| Illinois corporation; LA MAGDALENA II, INC. an ) | Magistrate Judge: Nan Nolan |
| Illinois corporation; LA MAGDALENA III, INC. ) | |
| an Illinois corporation; ADDISON RESTAURANT ) | |
| SERVICES, INC., an Illinois corporation d/b/a ) | |
| LA HACIENDA DE LOS HERNANDEZ; BESA ) | |
| MI TACO, INC., an Illinois Corporation, ) | |
| ) | |
| Defendants. ) | |

## DISCLOSURE STATEMENT

As required by Local Rule 3.2 of this Court, Defendant, LA MAGDALENA, INC., provides the following information to the Court:

1. Defendant, LA MAGDALENA, INC. is a corporation.

2. LA MAGDALENA, INC.:

    a. does not have a parent corporation; and

    b. does not have any corporate shareholders.

Respectfully submitted,

/s/ Justin R. Gaffney
One of the Attorneys for all Defendants


Glenn R. Gaffney – 6180598
Justin R. Gaffney – 6180598
Gaffney & Gaffney
1771 Bloomingdale Road
Glendale Heights, IL 60139



630-462-1200

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JANE DOE, a Minor, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>FERNANDEZ FOOD SERVICES, INC., an )<br>Illinois corporation; LA MAGDALENA, INC. an )<br>Illinois corporation; LA MAGDALENA II, INC. an )<br>Illinois corporation; LA MAGDALENA III, INC. )<br>an Illinois corporation; ADDISON RESTAURANT )<br>SERVICES, INC., an Illinois corporation d/b/a )<br>LA HACIENDA DE LOS HERNANDEZ; BESA )<br>MI TACO, INC., an Illinois Corporation, )<br>)<br>Defendants. ) | Case No. 08 C 1149<br><br>Judge: Elaine Bucklo<br><br>Magistrate Judge: Nan Nolan |

## DISCLOSURE STATEMENT

As required by Local Rule 3.2 of this Court, Defendant, LA MAGDALENA II, INC., provides the following information to the Court:

1. Defendant, LA MAGDALENA II, INC. is a corporation.
2. LA MAGDALENA II, INC.:
   a. does not have a parent corporation; and
   b. does not have any corporate shareholders.

Respectfully submitted,

/s/ Justin R. Gaffney
One of the Attorneys for all Defendants

Glenn R. Gaffney – 6180598
Justin R. Gaffney – 6180598
Gaffney & Gaffney
1771 Bloomingdale Road
Glendale Heights, IL 60139
630-462-1200



## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JANE DOE, a Minor, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 08 C 1149 |
| ) | |
| FERNANDEZ FOOD SERVICES, INC., an ) | Judge: Elaine Bucklo |
| Illinois corporation; LA MAGDALENA, INC. an ) | |
| Illinois corporation; LA MAGDALENA II, INC. an ) | Magistrate Judge: Nan Nolan |
| Illinois corporation; LA MAGDALENA III, INC. ) | |
| an Illinois corporation; ADDISON RESTAURANT ) | |
| SERVICES, INC., an Illinois corporation d/b/a ) | |
| LA HACIENDA DE LOS HERNANDEZ; BESA ) | |
| MI TACO, INC., an Illinois Corporation, ) | |
| ) | |
| Defendants. ) | |

### DISCLOSURE STATEMENT

As required by Local Rule 3.2 of this Court, Defendant, LA MAGDALENA III, INC., provides the following information to the Court:

1. Defendant, LA MAGDALENA III, INC. is a corporation.
2. LA MAGDALENA III, INC.:
   a. does not have a parent corporation; and
   b. does not have any corporate shareholders.

Respectfully submitted,

/s/ Justin R. Gaffney
One of the Attorneys for all Defendants

GAFFNEY & GAFFNEY
Glenn R. Gaffney – 6180598
Justin R. Gaffney – 6180598
1771 Bloomingdale Road
Glendale Heights, IL 60139



## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JANE DOE, a Minor, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 08 C 1149 |
| ) | |
| FERNANDEZ FOOD SERVICES, INC., an ) | Judge: Elaine Bucklo |
| Illinois corporation; LA MAGDALENA, INC. an ) | |
| Illinois corporation; LA MAGDALENA II, INC. an ) | Magistrate Judge: Nan Nolan |
| Illinois corporation; LA MAGDALENA III, INC. ) | |
| an Illinois corporation; ADDISON RESTAURANT ) | |
| SERVICES, INC., an Illinois corporation d/b/a ) | |
| LA HACIENDA DE LOS HERNANDEZ; BESA ) | |
| MI TACO, INC., an Illinois Corporation, ) | |
| ) | |
| Defendants. ) | |

### DISCLOSURE STATEMENT

As required by Local Rule 3.2 of this Court, Defendant, FERNANDEZ FOOD SERVICES, INC., provides the following information to the Court:

1. Defendant, FERNANDEZ FOOD SERVICES, INC. is a corporation.

2. FERNANDEZ FOOD SERVICES, INC.:

    a. does not have a parent corporation; and

    b. does not have any corporate shareholders.

Respectfully submitted,

/s/ Justin R. Gaffney
One of the Attorneys for all Defendants


GAFFNEY & GAFFNEY
Glenn R. Gaffney – 6180598
Justin R. Gaffney – 6180598
1771 Bloomingdale Road
Glendale Heights, IL 60139
630-462-1200



630-462-1200

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JANE DOE, a Minor, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08 C 1149 |
| | ) |
| FERNANDEZ FOOD SERVICES, INC., an | ) Judge: Elaine Bucklo |
| Illinois corporation; LA MAGDALENA, INC. an | ) |
| Illinois corporation; LA MAGDALENA II, INC. an | ) Magistrate Judge: Nan Nolan |
| Illinois corporation; LA MAGDALENA III, INC. | ) |
| an Illinois corporation; ADDISON RESTAURANT | ) |
| SERVICES, INC., an Illinois corporation d/b/a | ) |
| LA HACIENDA DE LOS HERNANDEZ; BESA | ) |
| MI TACO, INC., an Illinois Corporation, | ) |
| | ) |
| Defendants. | ) |

## DISCLOSURE STATEMENT

As required by Local Rule 3.2 of this Court, Defendant, BESA MI TACO, INC., provides the following information to the Court:

1. Defendant, BESA MI TACO, INC. is a corporation.

2. BESA MI TACO, INC.:

    a. does not have a parent corporation; and

    b. does not have any corporate shareholders.

Respectfully submitted,

/s/ Justin R. Gaffney
One of the Attorneys for all Defendants

GAFFNEY & GAFFNEY
Glenn R. Gaffney – 6180598
Justin R. Gaffney – 6180598
1771 Bloomingdale Road
Glendale Heights, IL 60139
630-462-1200

