UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, a Minor, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 08 C 1149 |
| ) | |
| FERNANDEZ FOOD SERVICES, INC., an ) | Judge: Elaine Bucklo |
| Illinois corporation; LA MAGDALENA, INC. an ) | |
| Illinois corporation; LA MAGDALENA II, INC. an ) | Magistrate Judge: Nan Nolan |
| Illinois corporation; LA MAGDALENA III, INC. ) | |
| an Illinois corporation; ADDISON RESTAURANT ) | |
| SERVICES, INC., an Illinois corporation d/b/a ) | |
| LA HACIENDA DE LOS HERNANDEZ; BESA ) | |
| MI TACO, INC., an Illinois Corporation, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

TO:
US District Court Clerk
219 S. Dearborn St., 20th Floor
Chicago, IL  60604


Please take notice that on the 10th day of **April**, **2008**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Judge Elaine Bucklo** or any Judge sitting in her stead, in **Courtroom 1441,** or in the courtroom usually occupied by her in the United States Courthouse, Chicago, Illinois, and then and there request hearing instanter on the attached PLAINTIFF'S CONSOLIDATED MOTION TO DISMISS PURSUANT TO 12B6 OR IN THE ALTERNATIVE FOR LEAVE TO FILE AN EXPEDITED MOTION FOR SUMMARY JUDGMENT ON A LIMITED ISSUE at which time and place you may appear if you so desire.


      /s/ Justin R. Gaffney_____
      Justin R. Gaffney, Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

  Justin R. Gaffney, certifies that on March 28, 2007 he e-filed the above and foregoing via the Case Management / Electronic Case Filing system with the Clerk of the U.S. District Court. The parties may access this filing through the Court's electronic filing system, and notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

Glenn R. Gaffney (6180598)
Justin R. Gaffney (6281428)           _/s/ Justin R. Gaffney_____
Gaffney & Gaffney              Justin R. Gaffney
1771 Bloomingdale Road           Attorney for Plaintiff
Glendale Heights, IL 60139
630-462-1200

2