UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, a minor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 1149 |
| v. | ) | |
| | ) | Judge: Elaine Bucklo |
| FERNANDEZ FOOD SERVICES, INC., an Illinois corporation, LA MAGDALENA, INC., an Illinois corporation, LA MAGDALENA II, INC., an Illinois corporation, LA MAGDALENA III, INC., an Illinois corporation, ADDISON RESTAURANT SERVICES, INC., an Illinois corporation, d/b/a LA HACIENDA DE LOS HERNANDEZ, BESA MI TACO, INC., an Illinois Corporation. | ) ) ) ) ) ) ) ) ) ) | Magistrate Judge: Nan Nolan |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:   Glenn R. Gaffney
      Justin R. Gaffney
      **Gaffney & Gaffney**
      1771 Bloomingdale Road
      Glendale Heights, IL 60139

Please take notice that on April 8, 2008, we filed electronically the **Report of Parties Planning Meeting** in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, a copy of which are attached and hereby served upon you.

                                    Respectfully Submitted,
                                    JANE DOE,

                                    s/ Eugene K. Hollander
                                    One of Her Attorneys

Eugene K. Hollander
Paul W. Ryan
**The Law Offices of Eugene K. Hollander**
33 North Dearborn, Suite 2300
Chicago, IL 60602
(312) 425-9100

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused copies of the foregoing **Notice of Filing** for the Report of Parties Planning Meeting to be served upon the counsel of record by electronic means on this 8th day of April, 2008.

                                                                                              s/ Eugene K. Hollander  
                                                                                              One of Her Attorneys