UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Jane Doe
                        Plaintiff,

v.                                                Case No.: 1:08−cv−01149
                                                       Honorable Elaine E. Bucklo

Fernandez Food Services, Inc., et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 10, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo:Status hearing held on 4/10/2008 and the court approved parties' scheduling order. Set deadlines/hearing as to motion to dismiss, [14] :(esponses due by 4/30/2008. Replies due by 5/8/2008.May 23 is the target ruling date. I appreciate that plaintiff does not want to file unnecessary briefs, but having reviewed the complaint and Papa v. Katy Industries, Inc., 166 F.3d 937 (7th Cir. 1999), it is not clear to me from what was said in court today that discovery is at all likely to shed light on the relevant issues. In this case, it is admitted that the defendant employer that signed plaintiff's paychecks has sufficient employees to be sued under Title VII, so the exception stated in Papa v Katy Industries regarding intentionally splitting corporations to avoid potential liability under the discrimination laws would not appear applicable. Neither is there anything else stated in the complaint that makes it obvious that there is potential for liability against the other corporations on the remaining exceptions identified in that case. It may be that plaintiff is correct in seeking discovery but the response will have to make clearer a basis for it. There are also other grounds alleged for partial dismissal in the motion that need to be addressed. Plaintiff shall comply with FRCP(26)(a)(2) by 8/8/08. Defendant shall comply with FRCP(26)(a)(2) by 9/8/08. Status hearing set for 7/11/2008 at 10:00 AM. Discovery ordered closed by 9/8/2008., Dispositive motions with supporting memoranda due by 10/8/2008. If no motion filed, Pretrial Order due by 11/6/2008. Plaintiff's oral motion for in camera review of plaintiff's diary is granted. Ruling to be made by mail.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.