## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JANE DOE, a minor, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 1149 |
| v. ) | |
| ) | Judge: Elaine Bucklo |
| FERNANDEZ FOOD SERVICES, INC., an ) | |
| Illinois corporation, LA MAGDALENA, INC., an ) | Magistrate Judge: Nan Nolan |
| Illinois corporation, LA MAGDALENA II, INC., ) | |
| an Illinois corporation, LA MAGDALENA III, ) | |
| INC., an Illinois corporation, ADDISON ) | |
| RESTAURANT SERVICES, INC., an Illinois ) | |
| corporation, d/b/a LA HACIENDA DE LOS ) | |
| HERNANDEZ, BESA MI TACO, INC., an Illinois ) | |
| Corporation. ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING

To:   Mr. Glenn R. Gaffney
      Mr. Justin R. Gaffney
      Gaffney & Gaffney
      1771 Bloomingdale Road
      Glendale Heights, IL 60139

    PLEASE TAKE NOTICE that on Tuesday, April 29, 2008, we filed electronically the foregoing attached **Plaintiff's Response to Defendants' Consolidated Motion to Dismiss,** in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, a copy of which is attached and hereby served upon you.

                                                    Respectfully Submitted,
                                                   JANE DOE


                                                   /s/ Eugene K. Hollander
                                                   One of Her Attorneys

Eugene K. Hollander (EHollander@ekhlaw.com)
Paul W. Ryan (PRyan@ekhlaw.com)
**The Law Offices of Eugene K. Hollander**
33 North Dearborn
Suite 2300
Chicago, IL 60602
(312) 425-9100

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, hereby certifies that he caused copies of the foregoing **Plaintiff's Response to Defendants' Consolidated Motion to Dismiss** to be served upon the counsel of record by electronic means on this 29th day of February, 2008.

                                        By: /s/ Eugene K. Hollander
                                               One of His Attorneys