# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JANE DOE, a minor, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 1149 |
| v. ) | |
| ) | Judge: Elaine Bucklo |
| FERNANDEZ FOOD SERVICES, INC., an ) | |
| Illinois corporation, LA MAGDALENA, INC., an ) | Magistrate Judge: Nan Nolan |
| Illinois corporation, LA MAGDALENA II, INC., ) | |
| an Illinois corporation, LA MAGDALENA III, ) | |
| INC., an Illinois corporation, ADDISON ) | |
| RESTAURANT SERVICES, INC., an Illinois ) | |
| corporation, d/b/a LA HACIENDA DE LOS ) | |
| HERNANDEZ, BESA MI TACO, INC., an Illinois ) | |
| Corporation. ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR VOLUNTARY DISMISSAL
## IN ACCORDANCE WITH F.R.C.P. 41

NOW COMES Plaintiff, Jane Doe, by and through her attorneys, the Law Offices of Eugene K. Hollander, and for her Motion For Voluntary Dismissal In Accordance With F. R. C. P. 41, states as follows:

1. This is a sexual assault case involving claims of Title VII sexual harassment and pendent state law claims.

2. After further consideration, at this time without the benefit of full discovery, Plaintiff believes that she can no longer prosecute her claims against the Defendants other than La Magdalena II, Inc.

3. Defendants have filed no Counterclaim against the Plaintiff.

**WHEREFORE**, Plaintiff Jane Doe respectfully prays that this Honorable Court enter an order granting Plaintiff's request for a voluntary dismissal of her action against

2

all Defendants other than La Magdalena II, Inc. and allow her one year to re-file the action against those Defendants, or such other time as this Court deems equitable and just.

                                                    Respectfully Submitted,
                                                    JANE DOE

                                                    /s/ Eugene K. Hollander
                                                    One of Her Attorneys

Eugene K. Hollander (EHollander@ekhlaw.com)
Paul W. Ryan (PRyan@ekhlaw.com)
**The Law Offices of Eugene K. Hollander**
33 North Dearborn
Suite 2300
Chicago, IL 60602
(312) 425-9100