**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JANE DOE, a minor, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FERNANDEZ FOOD SERVICES, INC., an )<br>Illinois corporation, LA MAGDALENA, INC., an )<br>Illinois corporation, LA MAGDALENA II, INC., )<br>an Illinois corporation, LA MAGDALENA III, )<br>INC., an Illinois corporation, ADDISON )<br>RESTAURANT SERVICES, INC., an Illinois )<br>corporation, d/b/a LA HACIENDA DE LOS )<br>HERNANDEZ, BESA MI TACO, INC., an Illinois )<br>Corporation. )<br>)<br>Defendants. ) | No. 08 C 1149<br><br>Judge: Elaine Bucklo<br><br>Magistrate Judge: Nan Nolan |

**NOTICE OF MOTION**

To:    Mr. Glenn R. Gaffney
Mr. Justin R. Gaffney
Gaffney & Gaffney
1771 Bloomingdale Road
Glendale Heights, IL 60139

PLEASE TAKE NOTICE that on Tuesday, May 6, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Elaine Bucklo, or any judge sitting in her stead, in Courtroom 1441, at 219 South Dearborn Street, Chicago, Illinois, and present the attached **Plaintiff's Motion for Voluntary Dismissal In Accordance With F.R.C.P. 41,** a true and accurate copy of which is attached hereto.

Respectfully Submitted,
JANE DOE


/s/ Eugene K. Hollander

One of Her Attorneys

Eugene K. Hollander (EHollander@ekhlaw.com)
Paul W. Ryan (PRyan@ekhlaw.com)
**The Law Offices of Eugene K. Hollander**
33 North Dearborn
Suite 2300
Chicago, IL 60602
(312) 425-9100

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused copies of the foregoing **Plaintiff's Motion for Voluntary Dismissal In Accordance With F.R.C.P. 41** to be served upon the counsel of record through the Unites States District Court for the Northern District of Illinois's ECF System on this 29th day of April, 2008.

By: /s/ Eugene K. Hollander
One of His Attorneys