Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1149 | DATE | 6/18/2008 |
| CASE TITLE | Jane Doe, a minor vs. La Magdalena II, Inc. | | |

**DOCKET ENTRY TEXT**

Defendants' consolidated FRCP 12(b)(6) Motion to Dismiss [14] is granted. Plaintiff's state law claims in Counts II-VI are dismissed. Enter Memorandum Opinion and Order. This case is hereby dismissed. Status hearing set for 7/11/2008 is stricken. Terminating case.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED 2008 JUN 19 PM 5:21 U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | SB |
|---|---|---|