UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Jane Doe
                          Plaintiff,

v.                                      Case No.: 1:08−cv−01149
                                      Honorable Elaine E. Bucklo

La Magdalena II, Inc., et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 10, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:At parties' request, status hearing reset for 7/24/2008 at 09:30 AM. If the case is settled before that time, a stipulation to dismiss to be filed promptly.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.