**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JANE DOE, a minor, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 1149 |
| v. ) | |
| ) | Judge: Elaine Bucklo |
| FERNANDEZ FOOD SERVICES, INC., an ) | |
| Illinois corporation, LA MAGDALENA, INC., an ) | Magistrate Judge: Nan Nolan |
| Illinois corporation, LA MAGDALENA II, INC., ) | |
| an Illinois corporation, LA MAGDALENA III, ) | |
| INC., an Illinois corporation, ADDISON ) | |
| RESTAURANT SERVICES, INC., an Illinois ) | |
| corporation, d/b/a LA HACIENDA DE LOS ) | |
| HERNANDEZ, BESA MI TACO, INC., an Illinois ) | |
| Corporation. ) | |
| ) | |
| Defendants. ) | |

## STIPULATION FOR DISMISSAL

Pursuant to F.R.C.P. 41(a)(1), Plaintiff, Jane Doe, by and through her attorneys, The Law Offices of Eugene K. Hollander, and Defendant, LA MAGDALENA II, INC. by and through their attorneys, Gaffney & Gaffney, do hereby stipulate to dismissal with prejudice and without costs to any party of the above entitled matter.

Dated this 16$^h$ day of July, 2008.

Attorney for Plaintiff:

By: /s/Eugene K. Hollander

Eugene K. Hollander
Paul W. Ryan
**The Law Offices of Eugene K. Hollander**
33 North Dearborn
Suite 2300
Chicago, IL 60602
(312) 425-9100
ehollander@ekhlaw.com
pryan@ekhlaw.com

Attorney for Defendants:

By: /s/Glenn R. Gaffney

Glenn R. Gaffney
Justin R. Gaffney
**Gaffney & Gaffney**
1771 Bloomingdale Road
Glendale Heights, IL 60139
(630)-462-1200
grgaffney@EEadvocate.com